UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
 )
 ) **Notice of Debtor's**
 ) **Amendment of Mailing List or**
Debtor(s) ) **Schedules D, E, F, E/F, G, or H**

1. **Filing Instructions for Debtor(s)**

    A. File this form to add or delete creditors from the mailing list and/or Official Forms (OF) Schedules D, E, F, E/F, G or H, or change the amount or classification of a debt listed on Schedules D, E, F and/or E/F. An amendment filing fee is required.

    B. If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format set forth on Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes (i.e., "Add", "Delete", etc.).

    C. If amending Schedules D, E, F, E/F, G or H, label them as "Supplemental" and include only the new information, and file them with this notice.

    D. If amending Schedules D, E, F or E/F, file OF B 106Sum for individual debtors, or OF B 206Sum for non-individual debtors.

    E. If the case is closed, file a separate motion to reopen with the applicable filing fee.

    F. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

2. **Service Instructions for Debtor(s)**

    A. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

        1. The notice of meeting of creditors (i.e., notice of bankruptcy case) that includes all 9 digits of any Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN).

        2. Each applicable amended schedule.

        3. When the time for filing a timely proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 has expired, a separate notification that adding the creditor may not result in discharge of the debt. You must create this notification.

        4. Chapter 7 or 11: Any order fixing time for filing a proof of claim form.

5. Chapter 9, 11, 12, or 13:

   - The notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

   - The most recent confirmation order, the most recent confirmed plan, and, if a confirmed chapter 11 plan, the approved disclosure statement.

6. Chapter 11, 12 or 13: Any notice of modification of plan, including attachments, if time for objection has not expired.

7. Chapter 9 or 11:

   - The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders.

   - The notice of any pending hearing on a disclosure statement, with attachments.

B. When deleting creditors, changing a creditor status (e.g., nondisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice, the applicable amended schedule(s), and the following:

1. A notice to each deleted creditor that:

   - the creditor is being deleted and will not receive any further notices; and

   - if time has been fixed to file a proof of claim, the creditor should contact the creditor's attorney with any claims questions.

2. Chapter 9 or 11: A notice to each affected creditor that a proof of claim must be filed by the later of (a) 30 days from the service date of this notice, or (b) the latest time fixed by the court.

3. **Certificate of Compliance**

The undersigned debtor or debtor's attorney certifies that: (A) all applicable requirements above have been completed; and (B) the attachments are true and correct or were individually verified by the debtor(s).

Dated: _____

_____

Signature

_____

Type or Print Signer's Name <u>and</u> Phone No.

_____

Debtor's Address & Taxpayer ID#(s) (last 4 digits)

Alley Kat Brewing Company
9929 60 Ave NW
Edmonton, AB T6E 0C7 Canada

Fernie Brewing Company
26 Manitou Road
Fernie, BC V0B 1M5 Canada

Ill Mannered Brewing Company
38 Grace Dr.
Powell, OH 43065

Inside the Five Brewing
5703 Main St
Sylvania, OH 43560

Insurrection Ale Works
1635 E. Railroad Street
Heidelberg, PA 15106

Interboro Spirits & Ales
942 Grand St Brooklyn
Brooklyn, NY 11211

Invasive Species Brewing, LLC.
726 NE 2nd Ave
Fort Lauderdale, FL 33304

Island Brewing Company
5049 Sixth Street
Carpinteria, CA 93013

Jack's Abby Brewing
100 Clinton Street
Framingham, MA 01702

Kent Falls Brewing Company
33 Camps Rd
Kent, CT 06757

Keweenaw Brewing Company
P.O. Box 7
South Range, MI 49963

Kilted Kinsmen Brewing Co Inc
409 Canal Street
Milldale, CT 06467

King Street Brewing Company
9050 King St
Anchorage, AK 99515

Knotted Root Brewing Company
PO Box 3342
Nederland, CO 80466

Lasting Brass Brewing Co.
1864 Watertown Ave
Oakville, CT 06779

Leatherback Brewing Co., LLC
2120 Company Street
Christiansted, VI 00820

Left Coast Brewery
1245 Puerta del Sol
San Clemente, CA 92673

Lengthwise Brewing Company
7700 District Blvd
Bakersfield, CA 93313

Lion Brewery Inc
1001 Sathers Dr.
Pittston, PA 18640

Liquid Gravity Brewing Company
PO Box 15840
San Luis Obispo, CA 93406

Lock City Brewing Company
54 Research Dr.
Stamford, CT 06906

Lone Pine Brewing Company, LLC
48 Sanford Dr
Gorham, ME 04038

Long Ireland Beer Company
817 Pulaski Street
Riverhead, NY 11901

Longtab Brewing Company
4700 Timco W, Suite 105
San Antonio, TX 78238

Los Angeles Ale Works
12918 Cerise Ave
Hawthorne, CA 90250

Low Road Brewing
1110 C M Fagan Dr.
Hammond, LA 70403

Low Tide Brewing
2863 Maybank Hwy
Johns Island, SC 29455

M.I.A. Beer Co.
10400 NW 33rd Street Suite 150
Doral, FL 33172

Magnify Brewing Co.
1275 Bloomfield Ave Bldg 7 Unit 40C
Fairfield, NJ 07004

Manitou Brewing Company
725 Manitou Ave
Manitou Springs, CO 80829

Mason's Brewing Company
PO Box 1255
Holden, ME 04429

Medusa Brewing Company, Inc.
111 Main Street
Hudson, MA 01749

Meier's Creek Brewing
PO Box 628
Cazenovia, NY 13035

Microbrasserie La Souche Inc
22 1ere Avenue
Stoneham, QC G3C 0K7 Canada

Minglewood Brewery
121 Broadway St
Cape Girardeau, MO 63701

Missing Mountain Brewing Co
2821 Front St
Cuyahoga Falls, OH 44221

Moat Mountain Smoke House & Brewery
3378 White Mountain Highway
North Conway, NH 03860

Moksa Brewing Co.
5860 Pacific St.
Rocklin, CA 95677

MoMac Brewing Co.
3228 Academy Ave
Portsmouth, VA 23703

Monkless Belgian Ales
 20750 NE High Desert Ln #107
Bend, OR 97701

Motorworks Brewing
 1014 9th St. W.
Bradenton, FL 34204

Mountains Walking Brewery, Inc.
422 N. Plum Ave
Bozeman, MT 59715

Mystery Brewing
437 Dimmocks Mill Rd #41
Hillsborough, NC 27278

Narrow Gauge Brewing Co.
1595 N. US Highway 67
Florissant, MO 63031

New Anthem Beer Project
116 Dock Street
Wilmington, NC 28401

New Glory Brewing
8251 Alpine Avenue
Sacramento, CA 95826

New Motion Beverages LLC
507 Rockledge Street
Oceanside, CA 92054

New Park Brewing
485 New Park Ave
West Hartford, CT 06110

Newport Storm Brewery
293 JT Connell Hwy
Newport, RI 02840

Night Shift Brewing Company
87 Santilli Hwy
Everett, MA 02149

Nod Hill Brewery
137 Ethan Allen Hwy
Ridgefield, CT 06877

Noon Whistle Brewing
800 Roosevelt Rd c
Lombard, IL 60148

North High Brewing
1125 Cleveland Ave.
Columbus, OH 43201

North Park Beer Co.
3038 University Ave
San Diego, CA 92104

Northwoods Brewing Company
1334 1st NH TPKE
Northwood, NH 03261

Oak Mountain Brewing Co.
110 Cahaba Valley Rd
Pelham, AL 35124

Off The Grid Brewing
14767 Choco Rd.
Apple Valley, CA 92307

Old Stump Brewing Co.
2896 Metropolitan Place
Pomona, CA 91767

Ordinem Ecentrici Coctores, LLC.
7 Fox Hollow Rd. Unit B
Oxford, CT 06478

Orono Brewing Company
PO Box 106
Orono, ME 04473

Parish Brewing Co
229 Jared Dr
Broussard, LA 70518

Peabody Heights Brewery
401 E. 30th St.
Baltimore, MD 21218

Plank Town Brewing Company
346 Main Street
Springfield, OR 97477

Platypus Brewing
1902-E Washington Ave.
Houston, TX 77007

Pocock Brewing Company
24907 Avenue Tibbitts , Ste B
Santa Clarita, CA 91355

Proclamation Ale Company
PO Box 8629
Cranston, RI 02920

Pueblo Vida Brewing Company
115 E Broadway Blvd
Tucson, AZ 85701


Quebec Inc.
c/o Microbrasserie du Saguenay
224 Rue des Laurentides
Chicoutimi, QC G7H 4C2 Canada


Queens Brewery
321 Weirfield Street, Apt 2
Ridgewood, NY 11385


Ratchet Brewery
990 N 1st Street
Silverton, OR 97381


Recon Brewing
1747 N Main Street EXT
Butler, PA 16001


Red Horn Coffee House & Brewing Co.
1615 Scottsdale Dr Bldg 1 Ste 110
Cedar Park, TX 78641


Red Rock Brewing Company, LLC.
443 North 400 West
Salt Lake City, UT 84103


Rek-lis Brewing
2085 Main St
Bethlehem, NH 03574


Rescue Brewing Company
167 N. 2nd Ave
Upland, CA 91786


River Roost Brewery
230 South Main Street
White River Junction, VT 05001


River Styx Brewing LLC
166 Boulder Drive Suite 112
Fitchburg, MA 01420

Riverlands Brewing Co
1860 Dean St.
Saint Charles, IL 60174

Rockford Brewing Company
12 E Bridge St.
Rockford, MI 49341

Rustic Road Brewing Company
415 Bonita Ln
Racine, WI 53402

Saco River Brewing
10 Jockey Cap Lane
Fryeburg, ME 04037

Sand City Brewery
19 Scudder Avenue
Northport, NY 11768

Schilling Beer Co.
26 Mill Street
Littleton, NH 03561

Seapine Brewery
2959 Utah Ave S.
Seattle, WA 98134

Secret Trail Brewing Company LLC
2292 River Bend Lane
Chico, CA 95926

Sideward Brewing
210 N Bumby Ave Suite C
Orlando, FL 32803

Silver City Brewery LLC
206 Katy Penman Ave
Bremerton, WA 98312

Silver Falls Brewery
201 Lewis St
Silverton, OR 97381

Simple Roots Brewing
51 Arlington Ct.
Burlington, VT 05408

Solid Ground Brewing
552 Pleasant Valley Rd.
Diamond Springs, CA 95619

Some Brewing Co
1 York Street Unit 3
York, ME 03909

Sonder Brewing
8584 Duke Blvd
Mason, OH 45040

Southern Grist Brewing
5012 Centennial Blvd
Nashville, TN 37209

Spearfish Brewing Co
741 N Main St #130
Spearfish, SD 57783

Spindle Tap Brewery
10622 Hirsch Rd
Houston, TX 77016

Spring House Brewing Company
209 Hazel St.
Lancaster, PA 17603

Steuben Brewing Company
10286 Judson Rd
Hammondsport, NY 14840

Stoneface Brewing Co.
436 Shattuck Way #6
Portsmouth, NH 03801

StormBreaker Brewing
832 N Beech St.
Portland, OR 97227

Stoup Brewing
1108 NW 52nd Street
Seattle, WA 98107

Stubborn German Brewing Co.
401 S. Moore St
Waterloo, IL 62298

Sudwerk Brewing Co.
2001 2nd Street
Davis, CA 95618

Sunriver Brewing Company
PO Box 3340
Sunriver, OR 97707

Swamp Head Brewery
3650 SW 42nd Ave
Gainesville, FL 32608

TailGate Beer
7300 Charlotte Pike
Nashville, TN 37209

Taxman Brewing Company
13 S. Baldwin Street
Bargersville, IN 46106

Ten Bends Beer
PO Box 254
Hyde Park, VT 05655

The Church Brew Works
3525 Liberty Avenue
Pittsburgh, PA 15201

The Liberal Cup
115 Water St. Suite 1
Hallowell, ME 04347

The Run of the Mill
100 Main Street
Saco, ME 04072

Threes Brewing
333 Douglass Street
Brooklyn, NY 11217

Tilted Barn Brewery LLC
1 Helmsley Pl
Exeter, RI 02822

Toppling Goliath Brewing Co.
PO Box 477
Decorah, IA 52101

Triple Crossing Brewing Company
5203 Hatcher St.
Richmond, VA 23231

Trophy Brewing Co.
656 Maywood Ave
Raleigh, NC 27603

True North Ale Company
116 County Road
Ipswich, MA 01938

TUPPS Brewery
721 Anderson St.
McKinney, TX 75069

Union Craft Brewing
1700 W. 41st St., Suite 420
Baltimore, MD 21211

Upstate Brewing Company
3028 Lake Road
Elmira, NY 14903

Vanished Valley Brewing Co.
782 Center St
Ludlow, MA 01056

WestFax Brewing Company
6733 W Colfax Ave
Lakewood, CO 80214

White Lion Brewing Co
36 Garland St
Springfield, MA 01118

White Rock Alehouse & Brewery
7331 Gaston Ave Ste 100
Dallas, TX 75214

Wild Fields Brewhouse
6907 El Camino Real Ste C
Atascadero, CA 93422

Wolf's Ridge Brewing
215 N 4th St.
Columbus, OH 43215

Woodstock Brewing
72 Shrewsbury St. Unit 4
Worcester, MA 01604

Yee-Haw Brewing Co.
PO Box 1709
Gatlinburg, TN 37738

Zony Mash Beer Project
3940 Thalia St
New Orleans, LA 70125

Zwei Bruder Brau
4612 S Mason Street Suite 120
Fort Collins, CO 80525