DISTRICT OF OREGON
**F I L E D**
**February 01, 2024**
**Clerk, U.S. Bankruptcy Court**

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>WILLAMETTE VALLEY HOPS, LLC,<br><br>                      Debtor-in-Possession. | Case No. 24-60110-pcm11<br><br>**ORDER AUTHORIZING PAYMENT OF EMPLOYEE PRE-PETITION COMPENSATION, RELATED TAXES AND BENEFITS** |

      This matter came before the Court on the Debtor's Motion for Order Authorizing Payment of Employee Pre-Petition Compensation, Related Taxes and Benefits, filed as docket #11, and no objections to the Motion having been filed,

---

1 | Page Order Authorizing Payment of Employee Pre-Petition Compensation, Related Taxes and Benefits

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Case 24-60110-pcm11    Doc 28    Filed 02/01/24

**IT IS HEREBY ORDERED** that the Debtor may pay the pre-petition compensation and related taxes owed to employees prior to filing as set forth on the attached Exhibit 1 and pay the pre-petition medical insuance in the amount of $17,858.60.

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

# # #

Submitted by

TROUTMAN LAW FIRM, PC

*/s/ Ted A. Troutman*

---

Ted A. Troutman, OSB# 844470
Attorney for Debtors-in-Possession

**CC Via Conventional Paper Service:**

| | |
|---|---|
| **Willamette Valley Hops, LLC**<br>POB 276<br>Saint Paul OR 97137 | **Gooding Farms**<br>23669 Batt Corner Rd<br>Parma ID 83660 |
| **Anthony Barrera**<br>20460 S Main Street<br>POB 3<br>Saint Paul OR 97137 | **Innovation Tea**<br>670 Hardwick Rd, Unit 4<br>Bolton, Ontario Canada<br>L7E 5R5 |
| **Bruce Wolf**<br>5295 St Louis Road NE<br>Gervais OR 97026 | **Internal Revenue Service**<br>Centralized Insolvency Solutions<br>PO Box 7346<br>Philadelphia PA 19101 |
| **Clayton Hops**<br>377 Waimea West Road<br>Brightwater 7091<br>New Zealand | **Jeff Langley**<br>1195 Josephine Street<br>Oregon City OR 97045 |
| **Danielle Davidson**<br>11315 Wheatland Rd NE<br>Gervais OR 97026 | **John I. Haas**<br>1600 River Road<br>Yakima WA 98902 |
| **Derek Wolf**<br>2571 Graystone Drive<br>Woodburn OR 97071 | **Joseph Caulkins**<br>16912 SW Reghetto Street<br>Sherwood OR 97140 |

2 | Page Order Authorizing Payment of Employee Pre-Petition Compensation, Related Taxes and Benefits

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Case 24-60110-pcm11    Doc 28    Filed 02/01/24

| | |
|---|---|
| Maureen Barbur<br>416 4th Avenue<br>Oregon City OR 97045 | Tilly Dorsey<br>7106 Skylark Terrace<br>Oklahoma City OK 73162 |
| ODR – Bkcy<br>955 Center NE #353<br>Salem OR 97301 | Preferred Transportation Services<br>PO Box 550<br>Prosser WA 99350 |
| Paul Allard<br>14 River Woods Drive<br>Scarborough ME 04074 | US Bancorp<br>c/o Richard C. Davis, CEO<br>800 Nicolette Mall<br>Minneapolis MN 55402 |
| Paul Stevens<br>7402 O'Neil Road<br>Keizer OR 97303 | William Delema<br>1225 Goosecreek Road<br>Woodburn OR 97071 |
| William Hartmann<br>11405 SW 51st Ave<br>Portland OR 97219 | XPO Logistics<br>Five American Lane<br>Greenwich CT 06831 |

3 | Page Order Authorizing Payment of Employee Pre-Petition Compensation, Related Taxes and Benefits

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Case 24-60110-pcm11    Doc 28    Filed 02/01/24

**EXHIBIT 1**

| Employee | Hours Worked | Amount |
|---|---|---|
| Anthony Barrera | 32 | $923.20 |
| Bruce Wolf | 32 | $2,584.64 |
| Danielle Davidson | 32 | $752.00 |
| Derek Wolf | 32 | $1,523.20 |
| Jeff Langley | 32 | $2,769.28 |
| Paul Stevens | 32 | $2,769.28 |
| Joseph Culkins | 32 | $1,080.00 |
| Maureen Barber | 32 | $1,476.80 |
| Paul Allard | 32 | $3,507.84 |
| Tilly Dorsey | 32 | $646.08 |
| William Delema | 32 | $1,000.00 |
| William Hartmann | 32 | $646.08 |

**Total Wages Owed:**

$19,678.40

1 | Exhibit 1 for Order Authorizing Payment of Employee Pre-Petition Compensation

Troutman Law Firm PC
5075 SW Griffith Dr., Suite 220
Beaverton, OR 97005
(503) 292-6788
(503) 596-2371 fax

Case 24-60110-pcm11    Doc 28    Filed 02/01/24