**Fill in this information to identify the case:**

Debtor name    **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **24-60110-pcm11**

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 2, 2024**     X **/s/ Paul Stevens**
                                           Signature of individual signing on behalf of debtor

                                           **Paul Stevens**
                                           Printed name

                                           **Managing Member**
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **24-60110-pcm11**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................... $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................... $    **360,741.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................... $    **360,741.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **969,559.91**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **1,336,888.94**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **9,650,245.56**

4. **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b     $    **11,956,694.41**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

Fill in this information to identify the case:

Debtor name     **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     **24-60110-pcm11**

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.     **Raw materials**

| Hop Inventory | | $0.00 | | $0.00 |
| --- | --- | --- | --- | --- |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

      Add lines 19 through 22. Copy the total to line 84.

$0.00

24.    **Is any of the property listed in Part 5 perishable?**

     ■ No
     ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No. Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.   **Office furniture** <br> **Office & Conference Room Furniture, Desks, Chairs & Patio Set** | $0.00 | | $19,528.00 |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office Computers, Electronics & Phones** | $0.00 | | $15,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

      Add lines 39 through 42. Copy the total to line 86.

$34,528.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Hyundia Tucson** | $0.00 | | $13,380.00 |
| 47.2.   **2020 Ford Explorer** | $0.00 | | $35,131.00 |
| 47.3.   **2020 Ford F150 Crew Cab** | $0.00 | | $35,817.00 |
| 47.4.   **2018 Isuzu FTR Box Truck** | $0.00 | | $74,900.00 |
| 47.5.   **2018 Ford Transit Connect** | $0.00 | | $20,622.00 |
| 47.6.   **2018 Ford F150 Truck<br>(4 door)** | $0.00 | | $29,994.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
        machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **Shipping and Maintenance Tools & Supplies** | $0.00 | | $40,569.00 |
| **Storage Cooler** | $0.00 | | $300.00 |
| **2020 Badboy Lawn Mower** | $0.00 | | $3,500.00 |
| **Yale GPL30 Forklift** | $0.00 | | $30,000.00 |
| **Yale ERP040 Forklift** | $0.00 | | $18,000.00 |
| **Hyster E50Z-33 Forklift** | $0.00 | | $24,000.00 |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

51.    **Total of Part 8.**                                                          $326,213.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<div style="background:black;color:white">Part 9:</div>    **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 10:</div>    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 11:</div>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $34,528.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $326,213.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $360,741.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $360,741.00 |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Ford Motor Credit Company, LLC** Creditor's Name c/o CT Corporation System, RA 780 Commercial St. SE, Suite 100 Salem, OR 97301 Creditor's mailing address | Describe debtor's property that is subject to a lien **2020 Ford F150 Crew Cab** | $26,672.90 | $35,817.00 |

Creditor's email address, if known

**Date debt was incurred**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number 9475**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Ford Motor Credit Company, LLC** Creditor's Name c/o CT Corporation System, RA 780 Commercial St. SE, Suite 100 Salem, OR 97301 Creditor's mailing address | Describe debtor's property that is subject to a lien **2020 Ford Explorer** | $15,325.33 | $35,131.00 |

Creditor's email address, if known

**Date debt was incurred**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8613**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.3 | **Marion County Assessor's Office** | Describe debtor's property that is subject to a lien | $1,346.14 | $0.00 |
| | Creditor's Name | **Personal Property** | | |

**c/o Tom Rohlfing**
**POB 14500**
**Salem, OR 97309**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 | **US Bancorp** | Describe debtor's property that is subject to a lien | $926,215.54 | $0.00 |
| | Creditor's Name | **Hop Inventory** | | |

**c/o Richard C. Davis, CEO**
**800 Nicollete Mall**
**Minneapolis, MN 55402**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1980**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $969,559.91 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Debtor name    **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known)    **24-60110-pcm11**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | Priority creditor's name and mailing address<br>**Anthony Barrera**<br>**20460 S Main Street**<br>**POB 3**<br>**Saint Paul, OR 97137** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$923.20** | **$923.20** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages Owed** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Bruce Wolf**<br>**5295 St. Louis Road NE**<br>**Gervais, OR 97026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,584.64** | **$2,584.64** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages Owed** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.00 | $752.00 |
|---|---|---|---|---|

**Danielle Davidson**
**11315 Wheatland RD NE**
**Gervais, OR 97026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,523.20 | $1,523.20 |
|---|---|---|---|---|

**Derek Wolf**
**2571 Graystone Drive**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190,546.45 | $1,190,546.45 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Solutions**
**PO Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **TaxID**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,769.78 | $2,769.78 |
|---|---|---|---|---|

**Jeff Langley**
**1195 Josephine Street**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.00 | $1,080.00 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Joseph Caulkins**
**16912 SW Reghetto Street**
**Sherwood, OR 97140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.80 | $1,476.80 |
|-----|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Maureen Barbur**
**416 4th Avenue**
**Oregon City, OR 97045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126,663.59 | $126,663.59 |
|-----|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**ODR - Bkcy**
**955 Center NE #353**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **TaxID**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,507.84 | $3,507.84 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Paul Allard**
**14 River Woods Drive**
**Scarborough, ME 04074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,769.28 | $2,769.28 |
|---|---|---|---|---|

**Paul Stevens**
**7402 O'Neil Road**
**Keizer, OR 97303**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.08 | $646.08 |
|---|---|---|---|---|

**Tilly Dorsey**
**7106 Skylark Terrace**
**Oklahoma City, OK 73162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**William Delema**
**1225 Goosecreek Road**
**Woodburn, OR 97071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $646.08 | $646.08 |
|---|---|---|---|---|

**William Hartmann**
**11405 SW 51st Avenue**
**Portland, OR 97219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**American Express**
PO Box 650448
Dallas, TX 75265

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,538.86** |
|---|---|---|---|

**Clayton Hops**
377 Waimea West Road
Brightwater 7091, New Zealand

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,313.33** |
|---|---|---|---|

**Gooding Farms**
23669 Batt Corner Rd
Parma, ID 83660

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,680.00** |
|---|---|---|---|

**Innovation Tea**
 670 Hardwick Rd, Unit #4
Bolton, Ontario Canada
L7E 5R5

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,774,099.20** |
|---|---|---|---|

**John I. Haas**
1600 River Road
Yakima, WA 98902

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,844.00** |
|---|---|---|---|

**Preferred Transportation Services**
PO Box 550
Prosser, WA 99350

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$646,084.85** |
|---|---|---|---|

**US Bancorp**
c/o Richard C. Davis, CEO
800 Nicolette Mall
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number  **8180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wolf Land Loan / Guarantee**

Is the claim subject to offset? ■ No ☐ Yes

Case 24-60110-pcm11   Doc 29   Filed 02/02/24

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,685.32 |
|-----|---|---|---|

**XPO Logistics**
**Five American Lane**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number    S900**

**Basis for the claim:  Business Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian Clayton**<br>**Hewitt Road**<br>**Tapawera 7096, New Zealand** | Line   **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          1,336,888.94 |
| **5b. Total claims from Part 2** | 5b.  + | $          9,650,245.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          10,987,134.50 |

Fill in this information to identify the case:

Debtor name   **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **24-60110-pcm11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **12 Gates Brewing Co.**<br>**80 Earhart Dr.  Suite 20**<br>**Williamsville, NY 14221** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **1912 Brewing Company**<br>**2045 N. Forbes Blvd Suite 105**<br>**Tucson, AZ 85745** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **2 Docs Brewing Co LLC**<br>**PO Box 2506**<br>**Lubbock, TX 79408** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **3 Nations Brewing**<br>**2405 Squire Pl., Suite 200**<br>**Farmers Branch, TX 75234** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **3 Sons Brewing Co. LLC**<br>**236 N Federal Highway, Unit 104**<br>**Dania Beach, FL 33004** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **8-Bit Aleworks**<br>**1050 Fairway Dr #101**<br>**Avondale, AZ 85323** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Abandoned Building Brewery**<br>**142 Pleasant St., Unit 103A**<br>**Easthampton, MA 01027** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Able Ebenezer Brewing Co.**<br>**31 Columbia Circle**<br>**Merrimack, NH 03054** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Adobe Creek Brewing Company**<br>**67 Galli Drive, Suite E**<br>**Novato, CA 94949** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open Order Contract**<br><br><br><br>**Aeronaut Brewing**<br>**14 Tyler Street**<br>**Somerville, MA 02143** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open Order Contract**<br><br><br><br>**Albright Grove Brewing Company, LLC**<br>**2924 Sutherland Ave**<br>**Knoxville, TN 37919** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open Order Contract**<br><br><br><br>**Alchemist Pub and Brewery**<br>**100 Cottage Club Road**<br>**Stowe, VT 05672** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open Order Contract**<br><br><br><br>**Alley Kat Brewing Company**<br>**9929 60 Ave NW**<br>**Edmonton, AB T6E 0C7 Canada** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open Order Contract**<br><br><br><br>**Amor Artis Brewing**<br>**204 Main Street**<br>**Fort Mill, SC 29715** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Open Order Contract**

**Ancestry Brewing Company**
**20585 SW 115th Ave**
**Tualatin, OR 97062**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Open Order Contract**

**Anchorage Brewing Co.**
**148 W. 91st Street**
**Anchorage, AK 99515**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Open Order Contract**

**Aspire Brewing**
**590 Rt-211 E**
**Middletown, NY 10941**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Open Order Contract**

**Ass Clown Brewing Company**
**10620 Bailey Rd., Suite E & F**
**Cornelius, NC 28031**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Open Order Contract**

**Astro Lab Brewing**
**12 E Granville Dr**
**Silver Spring, MD 20901**

---

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Atlanta Brewing Co.** |
| | List the contract number of any government contract | | **2275 Marietta Blvd NW, Ste 270 #320** **Atlanta, GA 30318** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Austin Street Brewing Company** |
| | List the contract number of any government contract | | **1 Industrial Way Unit #8** **Portland, ME 04103** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Aviator Brewing** |
| | List the contract number of any government contract | | **209 Technology Park Ln** **Fuquay Varina, NC 27526** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Backwoods Brewing Company** |
| | List the contract number of any government contract | | **PO BOX 161** **Carson, WA 98610** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bangor Beer Company** |
| | List the contract number of any government contract | | **330 Bangor Mall Blvd** **Bangor, ME 04401** |

Case 24-60110-pcm11      Doc 29      Filed 02/02/24



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bare Bottle Brewing**<br>**1525 Cortland Avenue**<br>**San Francisco, CA 94110** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **BareWolf Brewing LLC**<br>**130 Martin Rd**<br>**Concord, MA 01742** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Barrel Theory Beer Co.**<br>**248 7th St E**<br>**Saint Paul, MN 55101** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Battery Steele Brewing**<br>**1 Industrial Way Ste #12 & 14**<br>**Portland, ME 04103** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Baxter Brewing Co.**<br>**130 Mill Street**<br>**Lewiston, ME 04240** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

<table>
<tr><td style="background:#4a0c3a;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Belleflower Brewing Company**<br>**66 Cove St.**<br>**Portland, ME 04101** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Benchtop Brewing Company**<br>**1129 Boissevain Avenue**<br>**Norfolk, VA 23507** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bigelow Brewing Company**<br>**473 Bigelow Hill Road**<br>**Skowhegan, ME 04976** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bine Valley Brewing**<br>**2027 25th SE**<br>**Salem, OR 97302** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bissell Brothers Brewing**<br>**38 Resurgam Place**<br>**Portland, ME 04102** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.35.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Black Shirt Brewing Co**
**3719 Walnut St**
**Denver, CO 80205**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Blaze Brewing Co**
**5 Bay View Landing**
**Camden, ME 04843**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Block 15 Brewing Co**
**300 SW Jefferson Ave**
**Corvallis, OR 97333**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Boomtown Brewing**
**700 Jackson Street**
**Los Angeles, CA 90012**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Booneshine Brewing Company, Inc.**
**465 Industrial Park Dr.**
**Boone, NC 28607**

---

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bootstrap Brewing**<br>**142 Pratt Street**<br>**Longmont, CO 80501** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bottle Logic Brewing**<br>**1072 N Armando St.**<br>**Anaheim, CA 92806** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Braided River Brewing Company**<br>**420 Saint Louis Street**<br>**Mobile, AL 36602** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brew Kettle Production Works**<br>**18741 Sheldon Road**<br>**Middleburg Heights, OH 44130** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brick & Feather Brewery**<br>**78 11th St**<br>**Turners Falls, MA 01376** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brickyard Brewing Company**<br>**432 Center Street**<br>**Lewiston, NY 14092** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Brix City Brewing**<br>**4 Alsan Way**<br>**Little Ferry, NJ 07643** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Business Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bruce & Emily Wolf**<br>**PO Box 487**<br>**Saint Paul, OR 97137** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Bunker Brewing Co.**<br>**17 Westfield St D**<br>**Portland, ME 04102** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Burgeon Beer Company**<br>**6350 Yarrow Drive, Suite C**<br>**Carlsbad, CA 92011** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Burial Beer Co.**<br>**40 Collier Ave**<br>**Asheville, NC 28806** |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Central Coast Brewing**<br>**1422 Monterey Street**<br>**San Luis Obispo, CA 93401** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Charleville Winery and Microbrewery**<br>**16937 Boyd Road**<br>**Sainte Genevieve, MO 63670** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cinderlands Beer Co.**<br>**2601 Smallman Street**<br>**Pittsburgh, PA 15222** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cismontane Brewing Company**<br>**29851 Aventura Suite D**<br>**Rancho Santa Margarita, CA 92688** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **City Lights Brewing Co.** |
| | List the contract number of any government contract | | **2200 W. Mt. Vernon Street** <br> **Milwaukee, WI 53233** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **City Star Brewing Co.** |
| | List the contract number of any government contract | | **PO Box 1064** <br> **Berthoud, CO 80513** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Clayton Hops** |
| | List the contract number of any government contract | | **377 Waimea West Road** <br> **Brightwater 7091, New Zealand** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cloudburst Brewing** |
| | List the contract number of any government contract | | **2116 Western Ave.** <br> **Seattle, WA 98121** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Coastal Mass Brewing** |
| | List the contract number of any government contract | | **95 Rantoul Street** <br> **Beverly, MA 01915** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

Debtor 1   **Willamette Valley Hops, LLC**
_____
First Name            Middle Name            Last Name

Case number (*if known*)   **24-60110-pcm11**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **College Street Brewhouse & Pub**<br>**1940 College Drive**<br>**Lake Havasu City, AZ 86403** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Common Roots Brewing Company**<br>**58 Saratoga Ave.**<br>**South Glens Falls, NY 12803** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Community Beer Company**<br>**3110 Commonwealth Dr.**<br>**Dallas, TX 75247** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Concord Craft Brewing Company**<br>**117 Storrs Street**<br>**Concord, NH 03301** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Connecticut Valley Brewing**<br>**136 Tromley Rd**<br>**East Windsor, CT 06088** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.65.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Cooperage Brewing Company**
**981 Airway Ct., Ste. G**
**Santa Rosa, CA 95403**

**2.66.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Copper State Brewing Co**
**313 Dousman Street**
**Green Bay, WI 54303**

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Copperhead Brewery**
**822 N Frazier St**
**Conroe, TX 77301**

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Counterweight Brewing Co.**
**7 Diana Ct**
**Cheshire, CT 06410**

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Crawford Brew Works, LLC**
**3659 Devils Glen Road**
**Bettendorf, IA 52722**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.70.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | **Crime and Punishment Brewing Co** |
| List the contract number of any government contract | **2711 W Girard Avenue**<br>**Philadelphia, PA 19130** |
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | **Cushnoc Brewing Company** |
| List the contract number of any government contract | **243 Water St.**<br>**Augusta, ME 04330** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | **Dirt Road Brewing Co.** |
| List the contract number of any government contract | **5770 Oak Creek Rd.**<br>**Corvallis, OR 97330** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | **District 96 Beer Co.** |
| List the contract number of any government contract | **395 South Main Street**<br>**New City, NY 10956** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | **Door 4 Brewing Co** |
| List the contract number of any government contract | **1214 W. Cerro Gordo St.**<br>**Decatur, IL 62522** |

Case 24-60110-pcm11   Doc 29   Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Drastic Measures Brewing**<br>**PO Box 349**<br>**Wadena, MN 56482** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DSSOLVR**<br>**57 Washington Rd, Apt A**<br>**Asheville, NC 28801** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dynasty Brewing Co.**<br>**12519 Summer Place**<br>**Herndon, VA 20171** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **E Rubinstein Chemicals LTD**<br>**1 Hmetzuda St.**<br>**18 Azor Isreal 5800162** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **EBBS Brewing Co**<br>**111 Great Neck Rd. Suite 408**<br>**Great Neck, NY 11021** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.80.  State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Elm Creek Brewing Co.**
**11469 Marketplace Dr N**
**Champlin, MN 55316**

---

2.81.  State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Emmett's Brewing Co.**
**128 W Main Street**
**Dundee, IL 60118**

---

2.82.  State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Empyrean Brewing Co.**
**729 Q Street**
**Lincoln, NE 68508**

---

2.83.  State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Enegren Brewing**
**444 Zachary St. Unit 120**
**Moorpark, CA 93021**

---

2.84.  State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Ever Grain Brewing Co.**
**4444 Carlisle Pike Suite C**
**Camp Hill, PA 17011**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Faultline Brewing Company**<br>**1235 Oakmead Parkway**<br>**Sunnyvale, CA 94085** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Feathered Friend Brewing**<br>**231 S Main St.**<br>**Concord, NH 03301** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fernie Brewing Company**<br>**26 Manitou Road**<br>**Fernie, BC V0B 1M5 Canada** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fiddlin' Fish Brewing Company**<br>**411 Lynn Avenue**<br>**Winston Salem, NC 27104** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | Open Order Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fifth Hammer Brewing Co**<br>**10-28 46th Ave**<br>**Long Island City, NY 11101** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fifth Ward Brewing Co LLC**<br>**1009 S Main St.**<br>**Oshkosh, WI 54902** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FiftyFifty Brewing Company**<br>**11197 Brockway Road #1**<br>**Truckee, CA 96161** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Final Draft Brewing Company**<br>**1600 California St.**<br>**Redding, CA 96001** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Firehouse Brewing Company**<br>**610 Main Street**<br>**Rapid City, SD 57701** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flying Goose Brewpub**<br>**40 Andover Road**<br>**New London, NH 03257** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Foam Brewers, LLC**<br>**112 Lake Street**<br>**Burlington, VT 05401** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Foley Brothers Brewing**<br>**79 Stone Mill Dam Rd.**<br>**Brandon, VT 05733** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Fort Point Beer Company**<br>**644 Old Mason St.**<br>**San Francisco, CA 94129** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Foundation Brewery**<br>**1 Industrial Way Unit #5**<br>**Portland, ME 04103** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| --- | --- | --- |
| | State the term remaining | |
| | List the contract number of any government contract | **Fredonia Brewery, LLC**<br>**138 N Mound St**<br>**Nacogdoches, TX 75961** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

　　　State the term remaining

　　　List the contract number of any government contract

Free Will Brewing Co.
410 E. Walnut St.
Perkasie, PA 18944

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

　　　State the term remaining

　　　List the contract number of any government contract

Galveston Island Brewing
8423 Stewart Road
Galveston, TX 77554

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

　　　State the term remaining

　　　List the contract number of any government contract

Garrison City Beerworks
455 Central Avenue
Dover, NH 03820

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

　　　State the term remaining

　　　List the contract number of any government contract

Ghost Train Brewing Co, Inc.
2616 3rd Ave.
Birmingham, AL 35233

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

　　　State the term remaining

　　　List the contract number of any government contract

Goodfire Brewing Co
219 Anderson St. Unit #6
Portland, ME 04101

Case 24-60110-pcm11　　Doc 29　　Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Grain Station Brew Works** |
| | List the contract number of any government contract | | **755 NE Alpine St. Suite 200** **McMinnville, OR 97128** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Greater Good Imperial Brewing Co.** |
| | List the contract number of any government contract | | **55 Millbrook St** **Worcester, MA 01606** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Greenpoint Beer & Ale Co.** |
| | List the contract number of any government contract | | **1150 Manhattan Ave** **Brooklyn, NY 11222** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Gritty McDuff's** |
| | List the contract number of any government contract | | **396 Fore St** **Portland, ME 04101** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Hackensack Brewing** |
| | List the contract number of any government contract | | **78 Johnson Ave** **Hackensack, NJ 07601** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

| | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.110.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Hamburg Brewing Company**<br>**6553 Boston State Road**<br>**Hamburg, NY 14075** |
| **2.111.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Hapa's Brewing Co**<br>**460 Lincoln Avenue Ste 90**<br>**San Jose, CA 95126** |
| **2.112.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Heathen Brewing**<br>**5612 NE 119th Street**<br>**Vancouver, WA 98686** |
| **2.113.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | |
| List the contract number of any government contract | **HenHouse Brewing Company**<br>**322 Bellevue Ave**<br>**Santa Rosa, CA 95407** |
| **2.114.** State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Henniker Brewing Company, LLC**<br>**PO Box 401**<br>**Henniker, NH 03242** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Heretic Brewing Company**
**1052 Horizon Drive, Suite B**
**Fairfield, CA 94533**

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Historic Brewing Company**
**233 Rodeo Road**
**Williams, AZ 86046**

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Hobbs Tavern & Brewing Co**
**PO Box 539**
**West Ossipee, NH 03890**

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Holsopple Brewing**
**9902 Winged Foot Ct.**
**Louisville, KY 40223**

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Hometown Brewing Co**
**4041 Preston Hwy**
**Louisville, KY 40213**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.120.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

     State the term remaining

     List the contract number of any government contract

**Hop Butcher For The World
607 Wilson Street
Downers Grove, IL 60515**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

     State the term remaining

     List the contract number of any government contract

**HopFly Brewing Co
1327 South Mint St.
Charlotte, NC 28203**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

     State the term remaining

     List the contract number of any government contract

**HUDL Brewing Co
1327 S. Main St. Ste 100
Las Vegas, NV 89104**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

     State the term remaining

     List the contract number of any government contract

**Humble Sea Brewing Co.
820 Swift St. #A
Santa Cruz, CA 95060**

---

**2.124.** State what the contract or lease is for and the nature of the debtor's interest    **Open Order Contract**

     State the term remaining

     List the contract number of any government contract

**Icebox Brewing Company
PO Box 556
Mesilla, NM 88046**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ilk Beer** |
| | List the contract number of any government contract | | **5148 Gravelly Beach Rd NW** **Olympia, WA 98502** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ill Mannered Brewing Company** |
| | List the contract number of any government contract | | **38 Grace Dr.** **Powell, OH 43065** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Inside the Five Brewing** |
| | List the contract number of any government contract | | **5703 Main St** **Sylvania, OH 43560** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Insurrection Ale Works** |
| | List the contract number of any government contract | | **1635 E. Railroad Street** **Heidelberg, PA 15106** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Interboro Spirits & Ales** |
| | List the contract number of any government contract | | **942 Grand St Brooklyn** **Brooklyn, NY 11211** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Invasive Species Brewing, LLC.** |
| | List the contract number of any government contract | | **726 NE 2nd Ave** **Fort Lauderdale, FL 33304** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Island Brewing Company** |
| | List the contract number of any government contract | | **5049 Sixth Street** **Carpinteria, CA 93013** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Jack's Abby Brewing** |
| | List the contract number of any government contract | | **100 Clinton Street** **Framingham, MA 01702** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **John I. Haas** |
| | List the contract number of any government contract | | **1600 River Road** **Yakima, WA 98902** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Kent Falls Brewing Company** |
| | List the contract number of any government contract | | **33 Camps Rd** **Kent, CT 06757** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.135.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Keweenaw Brewing Company**
**P.O. Box 7**
**South Range, MI 49963**

---

**2.136.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Kilted Kinsmen Brewing Co Inc**
**409 Canal Street**
**Milldale, CT 06467**

---

**2.137.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**King Street Brewing Company**
**9050 King St**
**Anchorage, AK 99515**

---

**2.138.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Knotted Root Brewing Company**
**PO Box 3342**
**Nederland, CO 80466**

---

**2.139.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

**Lasting Brass Brewing Co.**
**1864 Watertown Ave**
**Oakville, CT 06779**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Leatherback Brewing Co., LLC**<br>**2120 Company Street**<br>**Christiansted, VI 00820** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Left Coast Brewery**<br>**1245 Puerta del Sol**<br>**San Clemente, CA 92673** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lengthwise Brewing Company**<br>**7700 District Blvd**<br>**Bakersfield, CA 93313** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Lion Brewery Inc**<br>**1001 Sathers Dr.**<br>**Pittston, PA 18640** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Liquid Gravity Brewing Company**<br>**PO Box 15840**<br>**San Luis Obispo, CA 93406** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.145.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Lock City Brewing Company**
**54 Research Dr.**
**Stamford, CT 06906**

**2.146.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Lone Pine Brewing Company, LLC**
**48 Sanford Dr**
**Gorham, ME 04038**

**2.147.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Long Ireland Beer Company**
**817 Pulaski Street**
**Riverhead, NY 11901**

**2.148.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Longtab Brewing Company**
**4700 Timco W, Suite 105**
**San Antonio, TX 78238**

**2.149.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Los Angeles Ale Works**
**12918 Cerise Ave**
**Hawthorne, CA 90250**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Low Road Brewing** |
| | List the contract number of any government contract | | **1110 C M Fagan Dr.** **Hammond, LA 70403** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Low Tide Brewing** |
| | List the contract number of any government contract | | **2863 Maybank Hwy** **Johns Island, SC 29455** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **M.I.A. Beer Co.** |
| | List the contract number of any government contract | | **10400 NW 33rd Street Suite 150** **Doral, FL 33172** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Magnify Brewing Co.** |
| | List the contract number of any government contract | | **1275 Bloomfield Ave Bldg 7 Unit 40C** **Fairfield, NJ 07004** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Manitou Brewing Company** |
| | List the contract number of any government contract | | **725 Manitou Ave** **Manitou Springs, CO 80829** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mason's Brewing Company** |
| | List the contract number of any government contract | | **PO Box 1255** **Holden, ME 04429** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Medusa Brewing Company, Inc.** |
| | List the contract number of any government contract | | **111 Main Street** **Hudson, MA 01749** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Meier's Creek Brewing** |
| | List the contract number of any government contract | | **PO Box 628** **Cazenovia, NY 13035** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Microbrasserie La Souche Inc** |
| | List the contract number of any government contract | | **22 1ere Avenue** **Stoneham, QC G3C 0K7 Canada** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Minglewood Brewery** |
| | List the contract number of any government contract | | **121 Broadway St** **Cape Girardeau, MO 63701** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.160.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

Missing Mountain Brewing Co
2821 Front St
Cuyahoga Falls, OH 44221

**2.161.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

Moat Mountain Smoke House & Brewery
3378 White Mountain Highway
North Conway, NH 03860

**2.162.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

Moksa Brewing Co.
5860 Pacific St.
Rocklin, CA 95677

**2.163.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

MoMac Brewing Co.
3228 Academy Ave
Portsmouth, VA 23703

**2.164.** State what the contract or lease is for and the nature of the debtor's interest     **Open Order Contract**

    State the term remaining

    List the contract number of any government contract

Monkless Belgian Ales
 20750 NE High Desert Ln #107
Bend, OR 97701

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Motorworks Brewing** |
| | List the contract number of any government contract | | **1014 9th St. W.** |
| | | | **Bradenton, FL 34204** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mountains Walking Brewery, Inc.** |
| | List the contract number of any government contract | | **422 N. Plum Ave** |
| | | | **Bozeman, MT 59715** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mystery Brewing** |
| | List the contract number of any government contract | | **437 Dimmocks Mill Rd #41** |
| | | | **Hillsborough, NC 27278** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Narrow Gauge Brewing Co.** |
| | List the contract number of any government contract | | **1595 N. US Highway 67** |
| | | | **Florissant, MO 63031** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **New Anthem Beer Project** |
| | List the contract number of any government contract | | **116 Dock Street** |
| | | | **Wilmington, NC 28401** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24


**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.170.   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**New Glory Brewing**
**8251 Alpine Avenue**
**Sacramento, CA 95826**

---

2.171.   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**New Motion Beverages LLC**
**507 Rockledge Street**
**Oceanside, CA 92054**

---

2.172.   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**New Park Brewing**
**485 New Park Ave**
**West Hartford, CT 06110**

---

2.173.   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Newport Storm Brewery**
**293 JT Connell Hwy**
**Newport, RI 02840**

---

2.174.   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Night Shift Brewing Company**
**87 Santilli Hwy**
**Everett, MA 02149**

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

Nod Hill Brewery
137 Ethan Allen Hwy
Ridgefield, CT 06877

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

Noon Whistle Brewing
800 Roosevelt Rd c
Lombard, IL 60148

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

North High Brewing
1125 Cleveland Ave.
Columbus, OH 43201

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

North Park Beer Co.
3038 University Ave
San Diego, CA 92104

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

Northwoods Brewing Company
1334 1st NH TPKE
Northwood, NH 03261

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.180.  State what the contract or lease is for and the nature of the debtor's interest

    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Oak Mountain Brewing Co.**
**110 Cahaba Valley Rd**
**Pelham, AL 35124**

---

2.181.  State what the contract or lease is for and the nature of the debtor's interest

    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Off The Grid Brewing**
**14767 Choco Rd.**
**Apple Valley, CA 92307**

---

2.182.  State what the contract or lease is for and the nature of the debtor's interest

    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Old Stump Brewing Co.**
**2896 Metropolitan Place**
**Pomona, CA 91767**

---

2.183.  State what the contract or lease is for and the nature of the debtor's interest

    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Ordinem Ecentrici Coctores, LLC.**
**7 Fox Hollow Rd. Unit B**
**Oxford, CT 06478**

---

2.184.  State what the contract or lease is for and the nature of the debtor's interest

    **Open Order Contract**

State the term remaining

List the contract number of any government contract

**Orono Brewing Company**
**PO Box 106**
**Orono, ME 04473**

---

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.185.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

  State the term remaining

  List the contract number of any government contract

Parish Brewing Co
229 Jared Dr
Broussard, LA 70518

**2.186.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

  State the term remaining

  List the contract number of any government contract

Peabody Heights Brewery
401 E. 30th St.
Baltimore, MD 21218

**2.187.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

  State the term remaining

  List the contract number of any government contract

Plank Town Brewing Company
346 Main Street
Springfield, OR 97477

**2.188.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

  State the term remaining

  List the contract number of any government contract

Platypus Brewing
1902-E Washington Ave.
Houston, TX 77007

**2.189.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**

  State the term remaining

  List the contract number of any government contract

Pocock Brewing Company
24907 Avenue Tibbitts , Ste B
Santa Clarita, CA 91355

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Proclamation Ale Company**
**PO Box 8629**
**Cranston, RI 02920**

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Pueblo Vida Brewing Company**
**115 E Broadway Blvd**
**Tucson, AZ 85701**

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Quebec Inc.**
**c/o Microbrasserie du Saguenay**
**224 Rue des Laurentides**
**Chicoutimi, QC G7H 4C2 Canada**

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Queens Brewery**
**321 Weirfield Street, Apt 2**
**Ridgewood, NY 11385**

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ratchet Brewery**
**990 N 1st Street**
**Silverton, OR 97381**

Case 24-60110-pcm11   Doc 29   Filed 02/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Recon Brewing**<br>**1747 N Main Street EXT**<br>**Butler, PA 16001** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Red Horn Coffee House & Brewing Co.**<br>**1615 Scottsdale Dr Bldg 1 Ste 110**<br>**Cedar Park, TX 78641** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Red Rock Brewing Company, LLC.**<br>**443 North 400 West**<br>**Salt Lake City, UT 84103** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Rek-lis Brewing**<br>**2085 Main St**<br>**Bethlehem, NH 03574** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Rescue Brewing Company**<br>**167 N. 2nd Ave**<br>**Upland, CA 91786** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **River Roost Brewery**<br>**230 South Main Street**<br>**White River Junction, VT 05001** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **River Styx Brewing LLC**<br>**166 Boulder Drive Suite 112**<br>**Fitchburg, MA 01420** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Riverlands Brewing Co**<br>**1860 Dean St.**<br>**Saint Charles, IL 60174** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rockford Brewing Company**<br>**12 E Bridge St.**<br>**Rockford, MI 49341** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rustic Road Brewing Company**<br>**415 Bonita Ln**<br>**Racine, WI 53402** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Saco River Brewing** |
| | List the contract number of any government contract | | **10 Jockey Cap Lane**<br>**Fryeburg, ME 04037** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sand City Brewery** |
| | List the contract number of any government contract | | **19 Scudder Avenue**<br>**Northport, NY 11768** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Schilling Beer Co.** |
| | List the contract number of any government contract | | **26 Mill Street**<br>**Littleton, NH 03561** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Seapine Brewery** |
| | List the contract number of any government contract | | **2959 Utah Ave S.**<br>**Seattle, WA 98134** |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
|---|---|---|---|
| | State the term remaining | | **Secret Trail Brewing Company LLC** |
| | List the contract number of any government contract | | **2292 River Bend Lane**<br>**Chico, CA 95926** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sideward Brewing**<br>**210 N Bumby Ave Suite C**<br>**Orlando, FL 32803** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Silver City Brewery LLC**<br>**206 Katy Penman Ave**<br>**Bremerton, WA 98312** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Silver Falls Brewery**<br>**201 Lewis St**<br>**Silverton, OR 97381** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Simple Roots Brewing**<br>**51 Arlington Ct.**<br>**Burlington, VT 05408** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Solid Ground Brewing**<br>**552 Pleasant Valley Rd.**<br>**Diamond Springs, CA 95619** |

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.215.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Some Brewing Co**
**1 York Street Unit 3**
**York, ME 03909**

**2.216.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Sonder Brewing**
**8584 Duke Blvd**
**Mason, OH 45040**

**2.217.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Southern Grist Brewing**
**5012 Centennial Blvd**
**Nashville, TN 37209**

**2.218.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Spearfish Brewing Co**
**741 N Main St #130**
**Spearfish, SD 57783**

**2.219.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

**Spindle Tap Brewery**
**10622 Hirsch Rd**
**Houston, TX 77016**

Case 24-60110-pcm11     Doc 29     Filed 02/02/24

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.220.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Spring House Brewing Company**<br>**209 Hazel St.**<br>**Lancaster, PA 17603** |
| **2.221.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Steuben Brewing Company**<br>**10286 Judson Rd**<br>**Hammondsport, NY 14840** |
| **2.222.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stoneface Brewing Co.**<br>**436 Shattuck Way #6**<br>**Portsmouth, NH 03801** |
| **2.223.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **StormBreaker Brewing**<br>**832 N Beech St.**<br>**Portland, OR 97227** |
| **2.224.** State what the contract or lease is for and the nature of the debtor's interest — **Open Order Contract**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stoup Brewing**<br>**1108 NW 52nd Street**<br>**Seattle, WA 98107** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.225.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

Stubborn German Brewing Co.
401 S. Moore St
Waterloo, IL 62298

**2.226.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

Sudwerk Brewing Co.
2001 2nd Street
Davis, CA 95618

**2.227.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

Sunriver Brewing Company
PO Box 3340
Sunriver, OR 97707

**2.228.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

Swamp Head Brewery
3650 SW 42nd Ave
Gainesville, FL 32608

**2.229.** State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

State the term remaining

List the contract number of any government contract

TailGate Beer
7300 Charlotte Pike
Nashville, TN 37209

Case 24-60110-pcm11   Doc 29   Filed 02/02/24



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | **Taxman Brewing Company** |
| | List the contract number of any government contract | | **13 S. Baldwin Street**<br>**Bargersville, IN 46106** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | **Ten Bends Beer** |
| | List the contract number of any government contract | | **PO Box 254**<br>**Hyde Park, VT 05655** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | **The Church Brew Works** |
| | List the contract number of any government contract | | **3525 Liberty Avenue**<br>**Pittsburgh, PA 15201** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | **The Liberal Cup** |
| | List the contract number of any government contract | | **115 Water St. Suite 1**<br>**Hallowell, ME 04347** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | **The Run of the Mill** |
| | List the contract number of any government contract | | **100 Main Street**<br>**Saco, ME 04072** |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Threes Brewing**<br>**333 Douglass Street**<br>**Brooklyn, NY 11217** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tilted Barn Brewery LLC**<br>**1 Helmsley Pl**<br>**Exeter, RI 02822** |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Toppling Goliath Brewing Co.**<br>**PO Box 477**<br>**Decorah, IA 52101** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Triple Crossing Brewing Company**<br>**5203 Hatcher St.**<br>**Richmond, VA 23231** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Trophy Brewing Co.**<br>**656 Maywood Ave**<br>**Raleigh, NC 27603** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.240.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

   State the term remaining

   List the contract number of any government contract

**True North Ale Company**
**116 County Road**
**Ipswich, MA 01938**

**2.241.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

   State the term remaining

   List the contract number of any government contract

**TUPPS Brewery**
**721 Anderson St.**
**McKinney, TX 75069**

**2.242.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

   State the term remaining

   List the contract number of any government contract

**Union Craft Brewing**
**1700 W. 41st St., Suite 420**
**Baltimore, MD 21211**

**2.243.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

   State the term remaining

   List the contract number of any government contract

**Upstate Brewing Company**
**3028 Lake Road**
**Elmira, NY 14903**

**2.244.**   State what the contract or lease is for and the nature of the debtor's interest

**Open Order Contract**

   State the term remaining

   List the contract number of any government contract

**Vanished Valley Brewing Co.**
**782 Center St**
**Ludlow, MA 01056**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **WestFax Brewing Company**<br>**6733 W Colfax Ave**<br>**Lakewood, CO 80214** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **White Lion Brewing Co**<br>**36 Garland St**<br>**Springfield, MA 01118** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **White Rock Alehouse & Brewery**<br>**7331 Gaston Ave Ste 100**<br>**Dallas, TX 75214** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wild Fields Brewhouse**<br>**6907 El Camino Real Ste C**<br>**Atascadero, CA 93422** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Open Order Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wolf's Ridge Brewing**<br>**215 N 4th St.**<br>**Columbus, OH 43215** |

Case 24-60110-pcm11      Doc 29      Filed 02/02/24

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.250.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

**Woodstock Brewing**
**72 Shrewsbury St. Unit 4**
**Worcester, MA 01604**

---

**2.251.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

**Yee-Haw Brewing Co.**
**PO Box 1709**
**Gatlinburg, TN 37738**

---

**2.252.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

**Zony Mash Beer Project**
**3940 Thalia St**
**New Orleans, LA 70125**

---

**2.253.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Open Order Contract**

**Zwei Bruder Brau**
**4612 S Mason Street Suite 120**
**Fort Collins, CO 80525**

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

Fill in this information to identify the case:

Debtor name   **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)   **24-60110-pcm11**

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bruce Wolf** | **PO Box 487**<br>**Saint Paul, OR 97137** | **US Bancorp** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Bruce Wolf** | **PO Box 487**<br>**Saint Paul, OR 97137** | **US Bancorp** | ☐ D _____<br>■ E/F    **3.7**<br>☐ G _____ |
| 2.3 | **Bruce Wolf** | **PO Box 487**<br>**Saint Paul, OR 97137** | **American Express** | ☐ D _____<br>■ E/F    **3.1**<br>☐ G _____ |
| 2.4 | **Emily Wolf** | **PO Box 487**<br>**Saint Paul, OR 97137** | **US Bancorp** | ☐ D _____<br>■ E/F    **3.7**<br>☐ G _____ |
| 2.5 | **Jeff Langley** | **1195 Josphine Street**<br>**Oregon City, OR 97045** | **US Bancorp** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jeff Langley** | **1195 Josphine Street**<br>**Oregon City, OR 97045** | **US Bancorp** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.7 | **Paul Stevens** | **7402 Oneil Road NE**<br>**Keizer, OR 97303** | **US Bancorp** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Paul Stevens** | **7402 Oneil Road NE**<br>**Keizer, OR 97303** | **US Bancorp** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Debtor name  **Willamette Valley Hops, LLC**

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number (if known)  **24-60110-pcm11**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$347,473.52** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$12,745,820.10** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$15,774,568.96** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |
   | | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **US Bank** | 12/22/2023 | $31,230.19 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interest Payment** |
| 3.2. **John Haas** | 11/16/2023 | $161,536.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **John Haas v Willamette Valley Hops LLC** | **Breach of Contract** | **Marion County Circuit Court**<br>**100 High Street NE**<br>**Salem, OR 97301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Troutman Law Firm, PC**<br>**5075 SW Griffith Drive, Suite 220**<br>**Beaverton, OR 97005** | | **01/19/2024** | **$36,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Case 24-60110-pcm11    Doc 29    Filed 02/02/24

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jamison Hanson, LLC** **1564 Commercial Street SE** **Salem, OR 97302** | **2014 - 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Derek Wolf** | **11/22/2023** | **$2,532,150.60** |
| | Name and address of the person who has possession of inventory records | | |
| | **Derek Wolf** **PO Box 276** **Saint Paul, OR 97137** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Bruce Wolf | PO Box 487<br>Saint Paul, OR 97137 | Member | 45% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jeff Langley | 1195 Josephine Street<br>Oregon City, OR 97045 | Member | 35% Interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Paul Stevens | 7402 Oniel Road NE<br>Keizer, OR 97303 | Managing Member | 20% Interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Bruce Wolf | PO Box 487<br>Saint Paul, OR 97137 | Bruce Wolf was managing member but resigned that position prior to filing | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  2, 2024**

**/s/ Paul Stevens**                                          **Paul Stevens**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case 24-60110-pcm11     Doc 29     Filed 02/02/24