Ted A. Troutman
TROUTMAN LAW FIRM, P.C.
5075 SW Griffith Dr., Ste 220
Beaverton, OR 97005
503-292-6788 TEL
503-596-2371 FAX
tedtroutman@sbcglobal.net
Attorney for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-60110-pcm11 |
| WILLAMETTE VALLEY HOPS, LLC, | ) | |
| | ) | **STATEMENT IN ADVANCE OF CASE** |
| Debtor. | ) | **MANAGEMENT CONFERENCE** |

Pursuant to the Order of the Court, Debtor provides the following as a statement in advance of the case management conference:

a.      Debtor will attempt to negotiate with unsecured and secured creditors to obtain a consensual plan.

b.      Attached is a Cash Flow Analysis for the upcoming 120 days prepared on a monthly basis (Exhibit A).

c.      Historical Financial Information: Attached is a Profit and Loss for 2021, 2022 and 2023 (Exhibit B).  Debtor's income is not seasonal

d.      Profit and Loss from the date of filing (1/19/24) through February 13, 2024 (Exhibit C).

e.      Monthly  budget for professional fees starting with January 2024 (Exhibit D).

DATED this 15th day of February, 2024.

Respectfully Submitted:

*/s/Ted A. Troutman*
Ted A. Troutman, OSB# 844470
Attorney for Debtor