| Cash flow analysis | 2023 Sales | 2024 sales 75% of 2023 | Receivables current | 30 Days | 60 Days | Carried Total Slow pay >90 |
|---|---|---|---|---|---|---|
| **Historical Feb** | $ 1,002,073.00 | $ 751,554.75 | | | | |
| Feb | | **Weekly sales 75% of 23'** | | | | |
| 2/11 to 2/17 | $ 250,518.25 | $ 187,888.69 | $ 93,944.34 | $ 65,761.04 | $ 18,788.87 | $ 9,394.43 |
| 2/18 to 2/24 | $ 250,518.25 | $ 187,888.69 | $ 93,944.34 | $ 65,761.04 | $ 18,788.87 | $ 9,394.43 |
| 2/25 to 3/2 | $ 250,518.25 | $ 187,888.69 | $ 93,944.34 | $ 65,761.04 | $ 18,788.87 | $ 9,394.43 |
| | **2023 Sales** | | | | | |
| **Historical March** | $ 1,120,298.00 | $ 840,223.50 | | | | |
| March | | **Weekly sales 75% of 23'** | | | | |
| 3/3 to 3/9 | $ 224,059.60 | $ 168,044.70 | $ 84,022.35 | $ 58,815.65 | $ 16,804.47 | $ 8,402.24 |
| 3/10 to 3/16 | $ 224,059.60 | $ 168,044.70 | $ 84,022.35 | $ 58,815.65 | $ 16,804.47 | $ 8,402.24 |
| 3/17 to 3/23 | $ 224,059.60 | $ 168,044.70 | $ 84,022.35 | $ 58,815.65 | $ 16,804.47 | $ 8,402.24 |
| 3/24 to 3/30 | $ 224,059.60 | $ 168,044.70 | $ 84,022.35 | $ 58,815.65 | $ 16,804.47 | $ 8,402.24 |
| 3/31 to 4/6 | $ 224,059.60 | $ 168,044.70 | $ 84,022.35 | $ 58,815.65 | $ 16,804.47 | $ 8,402.24 |
| | **2023 Sales** | | | | | |
| **Historical April** | $ 1,383,663.50 | $ 1,037,747.63 | | | | |
| April | | **Weekly sales 75% of 23'** | | | | |
| 4/7 to 4/13 | $ 345,915.88 | $ 259,436.91 | $ 129,718.45 | $ 90,802.92 | $ 25,943.69 | $ 12,971.85 |
| 4/14 to 4/20 | $ 345,915.88 | $ 259,436.91 | $ 129,718.45 | $ 90,802.92 | $ 25,943.69 | $ 12,971.85 |
| 4/21 to 4/27 | $ 345,915.88 | $ 259,436.91 | $ 129,718.45 | $ 90,802.92 | $ 25,943.69 | $ 12,971.85 |
| 4/28 to 5/4 | $ 345,915.88 | $ 259,436.91 | $ 129,718.45 | $ 90,802.92 | $ 25,943.69 | $ 12,971.85 |
| | **2023 Sales** | | | | | |
| **Historical May** | $ 965,037.00 | $ 723,777.75 | | | | |

| May | | | Weekly sales 75% of 23' | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5 to 5/11 | $ | 241,259.25 | $ | 180,944.44 | $ | 90,472.22 | $ | 63,330.55 | $ | 18,094.44 | $ 9,047.22 |
| 5/12 to 5/18 | $ | 241,259.25 | $ | 180,944.44 | $ | 90,472.22 | $ | 63,330.55 | $ | 18,094.44 | $ 9,047.22 |
| 5/19 to 5/25 | $ | 241,259.25 | $ | 180,944.44 | $ | 90,472.22 | $ | 63,330.55 | $ | 18,094.44 | $ 9,047.22 |
| 5/26 to 6/1 | $ | 241,259.25 | $ | 180,944.44 | $ | 90,472.22 | $ | 63,330.55 | $ | 18,094.44 | $ 9,047.22 |
| | **2023 Sales** | | | | | | | | | | |
| Historical June | $ | 934,273.00 | $ | 700,704.75 | | | | | | | |
| June | | | Weekly sales 75% of 23' | | | | | | | | |
| 6/2 to 6/8 | $ | 233,568.25 | $ | 175,176.19 | $ | 87,588.09 | $ | 61,311.67 | $ | 17,517.62 | $ 8,758.81 |

| | Current | 30 Days | 60 days | >90 days |
|---|---|---|---|---|
| | $ 1,670,295.56 | $ 1,169,206.89 | $ 334,059.11 | $ 167,029.56 |

| | |
|---|---|
| Total available cashflow 120 days | $ 3,340,591.13 |
| Bad debt unpaid over 90 days | $ 26,724.73 |
| Total cash within 120 days average | $ 3,313,866.40 |
| Weekly average | $ 193,308.84 |
| Daily cash flow | $ 27,615.55 |