# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Discount | -13,062.42 |
|     Discounts | -9,423.21 |
|     gain/loss on sale of asset | -44,553.62 |
|     **Income** | |
|       Hop Income | 18,416,471.74 |
|       Shipping Income | 56.29 |
|       Spices & Herbs | 7,818.13 |
|       Income - Other | 544,285.42 |
|   **Total Income** | 18,968,631.58 |
|   Uncategorized Income | 0.00 |
|   Write Off | -42,150.99 |
| **Total Income** | 18,859,441.34 |
| **Cost of Goods Sold** | |
|   *Cost of Goods Sold | |
|     Pellets | 562,470.70 |
|     Spices & Herbs | 2,063.55 |
|     *Cost of Goods Sold - Other | 17,163,668.89 |
|   **Total *Cost of Goods Sold** | 17,728,203.14 |
|   Inventory Adjustments | 1,433,972.05 |
| **Total COGS** | 19,162,175.19 |
| **Gross Profit** | -302,733.85 |
|   **Expense** | |
|     **Auto Expense** | |
|       F150 PMA | 1,287.24 |
|       Fuel | 13,954.06 |
|       Auto Expense - Other | 31,817.54 |
|     **Total Auto Expense** | 47,058.84 |
|     **Bank Charges** | |
|       Merchant Processing Fee | 242,911.80 |
|       Bank Charges - Other | 9,869.95 |
|     **Total Bank Charges** | 252,781.75 |
|     Bank Service Charges | 27.00 |
|     **Contract Labor** | |
|       Eric Bougie | 15,849.80 |
|       Contract Labor - Other | 136,250.00 |
|     **Total Contract Labor** | 152,099.80 |
|     D & T on FORIEGN HOPS | 533.28 |
|     Entertainment | 1,034.08 |
|     **Expense Accounts** | |
|       **Marketing** | |
|         **Advertising** | |
|           Website | 1,677.76 |
|           Advertising - Other | 77,924.78 |
|         **Total Advertising** | 79,602.54 |
|         Marketing - Other | 5,840.10 |
|       **Total Marketing** | 85,442.64 |
|       Procurement | 13,870.00 |
|       Sales Dept | |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| Event Ticket | 675.00 |
| Per Diem Sales Staff | -250.00 |
| Sales Meal | 6,660.88 |
| Sales Staff Travel | 62,271.36 |
| Sales Dept - Other | 6,229.45 |
| **Total Sales Dept** | 75,586.69 |
| **Total Expense Accounts** | 174,899.33 |
| **Harvest Expenses** | -195,887.95 |
| **Health Care** | |
| Aflac | 12,473.10 |
| Health Care - Other | 80,703.39 |
| **Total Health Care** | 93,176.49 |
| **Incoming Freight** | 75,838.04 |
| **Interest Expense** | 45,696.73 |
| **Meals** | |
| Meals with customers | 834.97 |
| Meals - Other | 706.55 |
| **Total Meals** | 1,541.52 |
| **Mileage Reimbursement** | |
| Sales Mileage | 912.33 |
| Mileage Reimbursement - Other | 2,055.64 |
| **Total Mileage Reimbursement** | 2,967.97 |
| **Operating expenses** | |
| Dues & Subscriptions | 8,176.98 |
| Equipment Rental | 1,345.00 |
| Inspection Fees USDA | -153.64 |
| **Insurance** | |
| Bruce Life INSURANCE | 1,496.88 |
| Insurance - Other | 48,204.76 |
| **Total Insurance** | 49,701.64 |
| **Legal & Professional Fees** | |
| CPA | 7,493.00 |
| Legal & Professional Fees - Other | 54,325.64 |
| **Total Legal & Professional Fees** | 61,818.64 |
| **Office Expenses** | |
| EQUIPMENT >$2500 | 17,456.82 |
| In Office Food & Supplies | 37,500.68 |
| Services | 24,685.16 |
| Software | 36,816.61 |
| Office Expenses - Other | 3,428.24 |
| **Total Office Expenses** | 119,887.51 |
| **Rent or Lease** | 198,372.00 |
| **Repairs** | 4,006.20 |
| **Storage** | 35,660.60 |
| **Telephone Expense** | |
| Cell phones | 12,290.93 |
| Telephone Expense - Other | 5,201.05 |
| **Total Telephone Expense** | 17,491.98 |
| **Uncategorized Expenses** | 0.00 |
| **Operating expenses - Other** | 0.00 |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2021

|  | Jan - Dec 21 |
|---|---:|
| **Total Operating expenses** | 496,306.91 |
| **Payroll Expenses** | 1,706,150.88 |
| **Payroll taxes** | 202,583.52 |
| **Promotional Expenses** | 43,883.98 |
| **Restock Fee** | 26,550.00 |
| **Shipping** | |
|    LTL | -164,413.03 |
|    Postage Outgoing Purchases | 1,243.87 |
|    Shipping Supplies | 17,967.14 |
|    UPS Outgoing on Purchases | -17,920.26 |
|    Shipping - Other | 202,343.82 |
| **Total Shipping** | 39,221.54 |
| **Taxes & Licenses** | 6,111.39 |
| **Travel** | 17,300.72 |
| **truck purchase** | |
|    Truck Expenses | 1,705.00 |
| **Total truck purchase** | 1,705.00 |
| **Utilities** | 35,774.94 |
| **Workers Comp Insurance** | 7,740.63 |
| **Total Expense** | 3,235,096.39 |
| **Net Ordinary Income** | -3,537,830.24 |
| **Other Income/Expense** | |
|   Other Income | |
|     PPP LOAN FORGIVEN | 0.00 |
| **Total Other Income** | 0.00 |
|   Other Expense | |
|     Depriciation | 74,946.00 |
|     Miscellaneous | 0.00 |
| **Total Other Expense** | 74,946.00 |
| **Net Other Income** | -74,946.00 |
| **Net Income** | **-3,612,776.24** |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Ordinary Income/Expense** |  |
| **Income** |  |
|   Discount | -199.78 |
|   Discounts | -51,289.59 |
|   Income |  |
|     Hop Income | 15,925,608.27 |
|     Spices & Herbs | 9,600.90 |
|     Income - Other | -175,990.42 |
| **Total Income** | 15,759,218.75 |
| **Write Off** |  |
|   Damaged Inventory | -6,473.54 |
|   Write Off - Other | 7,145.92 |
| **Total Write Off** | 672.38 |
| **Total Income** | 15,708,401.76 |
| **Cost of Goods Sold** |  |
|   *Cost of Goods Sold |  |
|     Pellets |  |
|       Tolling | 5,507.50 |
|       Pellets - Other | 2,692.44 |
|     **Total Pellets** | 8,199.94 |
|     Spices & Herbs | 989.90 |
|     *Cost of Goods Sold - Other | 12,449,843.22 |
|   **Total *Cost of Goods Sold** | 12,459,033.06 |
|   Inventory Adjustments | 6,515.60 |
| **Total COGS** | 12,465,548.66 |
| **Gross Profit** | 3,242,853.10 |
| **Expense** |  |
|   Auto Expense |  |
|     F150 PMA | 274.00 |
|     Fuel | 15,722.70 |
|     Transit Van | 287.92 |
|     Auto Expense - Other | 13,597.61 |
|   **Total Auto Expense** | 29,882.23 |
|   Bad Debts LOSS | 1,300.14 |
|   Bank Charges |  |
|     Merchant Processing Fee | 209,812.11 |
|     Bank Charges - Other | 9,740.63 |
|   **Total Bank Charges** | 219,552.74 |
|   Bank Service Charges | 30.00 |
|   Contract Labor |  |
|     Eric Bougie | 7,981.14 |
|     Contract Labor - Other | 56,250.00 |
|   **Total Contract Labor** | 64,231.14 |
|   D & T on FORIEGN HOPS | 871.80 |
|   Entertainment | 561.66 |
|   Expense Accounts |  |
|     Marketing |  |
|       Advertising |  |
|         Website | 1,391.55 |
|         Advertising - Other | 106,142.92 |

# Willamette Valley Hops, LLC.
## Profit & Loss
January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Total Advertising** | 107,534.47 |
| **Marketing - Other** | 49.41 |
| **Total Marketing** | 107,583.88 |
| **Sales Dept** |  |
|     Sales Meal | 10,515.91 |
|     Sales Staff Travel | 94,131.09 |
|     Sales Dept - Other | 9,111.55 |
| **Total Sales Dept** | 113,758.55 |
| **Total Expense Accounts** | 221,342.43 |
| **Fraud** | 0.00 |
| **Harvest Expenses** | -174,975.48 |
| **Health Care** |  |
|     Aflac | 10,332.67 |
|     Health Care - Other | 120,227.75 |
| **Total Health Care** | 130,560.42 |
| **Incoming Freight** | 66,881.81 |
| **Interest Expense** | 212,090.92 |
| **Meals** |  |
|     Meals with customers | 74.50 |
|     Meals - Other | 2,559.00 |
| **Total Meals** | 2,633.50 |
| **Merchant deposit fees** | 15,012.78 |
| **Mileage Reimbursement** |  |
|     Sales Mileage | 11,091.97 |
|     Mileage Reimbursement - Other | 575.60 |
| **Total Mileage Reimbursement** | 11,667.57 |
| **Operating expenses** |  |
|     Dues & Subscriptions | 3,756.80 |
|     Equipment Rental | 1,000.00 |
|     Insurance |  |
|         Bruce Life INSURANCE | 665.28 |
|         Insurance - Other | 50,822.24 |
|     **Total Insurance** | 51,487.52 |
|     Legal & Professional Fees |  |
|         CPA | 5,198.04 |
|         Legal & Professional Fees - Other | 2,950.00 |
|     **Total Legal & Professional Fees** | 8,148.04 |
|     Office Expenses |  |
|         In Office Food & Supplies | 118,213.05 |
|         Services | 40,950.75 |
|         Software | 36,805.02 |
|         Office Expenses - Other | 8,048.35 |
|     **Total Office Expenses** | 204,017.17 |
|     Rent or Lease | 203,000.00 |
|     Storage | 50,297.70 |
|     Supplies | 213.84 |
|     Telephone Expense |  |
|         Cell phones | 10,755.27 |
|         Telephone Expense - Other | 3,660.70 |
|     **Total Telephone Expense** | 14,415.97 |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---:|
| **Total Operating expenses** | 536,337.04 |
| **Payroll Expenses** | 1,867,934.70 |
| **Promotional Expenses** | 58,615.85 |
| **Shipping** |  |
|     LTL | 52,313.55 |
|     Postage Outgoing Purchases | 1,044.09 |
|     Shipping Supplies | 3,889.89 |
|     UPS Outgoing on Purchases | -87,460.76 |
|     Shipping - Other | 121,599.10 |
| **Total Shipping** | 91,385.87 |
| **Taxes & Licenses** | 6,410.29 |
| **Travel** | 2,516.39 |
| **Utilities** | 29,537.97 |
| **Workers Comp Insurance** | 7,189.07 |
| **Total Expense** | 3,401,570.84 |
| **Net Ordinary Income** | -158,717.74 |
| **Other Income/Expense** |  |
|   Other Income |  |
|     interest Income | 157.72 |
| **Total Other Income** | 157.72 |
| **Net Other Income** | 157.72 |
| **Net Income** | **-158,560.02** |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Discount** | -224.72 |
|     **Discounts** | -36,364.86 |
|     **Income** | |
|       Hop Income | 12,761,146.91 |
|       Shipping Income | -222.16 |
|       Spices & Herbs | 8,329.23 |
|       Income - Other | 8,126.22 |
|     **Total Income** | 12,777,380.20 |
|     **Refunds** | -3,081.82 |
|     **Uncategorized Income** | 0.00 |
|     **Write Off** | |
|       Damaged Inventory | -1,890.65 |
|       Write Off - Other | -15,858.38 |
|     **Total Write Off** | -17,749.03 |
|   **Total Income** | 12,719,959.77 |
|   **Cost of Goods Sold** | |
|     *****Cost of Goods Sold** | |
|       Pellets | 2,099.55 |
|       Spices & Herbs | 1,901.29 |
|       *Cost of Goods Sold - Other | 10,619,755.21 |
|     **Total *Cost of Goods Sold** | 10,623,756.05 |
|     **Inventory Adjustments** | 769,941.23 |
|   **Total COGS** | 11,393,697.28 |
| **Gross Profit** | 1,326,262.49 |
|   **Expense** | |
|     **Auto Expense** | |
|       F150 PMA | 1,099.35 |
|       Fuel | 11,027.21 |
|       Auto Expense - Other | 5,348.65 |
|     **Total Auto Expense** | 17,475.21 |
|     **Bad Debts LOSS** | 680.39 |
|     **Bank Charges** | |
|       Merchant Processing Fee | 198,824.32 |
|       Bank Charges - Other | -2,461.75 |
|     **Total Bank Charges** | 196,362.57 |
|     **Bank Service Charges** | 10,033.24 |
|     **Contract Labor** | |
|       Eric Bougie | 3,300.39 |
|     **Total Contract Labor** | 3,300.39 |
|     **Entertainment** | 301.81 |
|     **Expense Accounts** | |
|       **Marketing** | |
|         **Advertising** | |
|           Website | 1,558.92 |
|           Advertising - Other | 42,165.89 |
|         **Total Advertising** | 43,724.81 |
|         **Marketing - Other** | 866.59 |
|       **Total Marketing** | 44,591.40 |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **Sales Dept** | |
|     Event Ticket | 159.52 |
|     Sales Meal | 7,111.69 |
|     Sales Staff Travel | 58,947.41 |
|     Sales Dept - Other | 7,899.27 |
| **Total Sales Dept** | 74,117.89 |
| **Expense Accounts - Other** | 340.00 |
| **Total Expense Accounts** | 119,049.29 |
| **Fraud** | 4,475.00 |
| **Harvest Expenses** | -125,774.80 |
| **Health Care** | |
|     Aflac | 11,162.72 |
|     Health Care - Other | 186,578.06 |
| **Total Health Care** | 197,740.78 |
| **Incoming Freight** | 77,071.00 |
| **Interest Expense** | 236,545.03 |
| **Meals** | 3,276.39 |
| **Merchant deposit fees** | 8,190.20 |
| **Mileage Reimbursement** | |
|     Sales Mileage | 5,832.42 |
| **Total Mileage Reimbursement** | 5,832.42 |
| **Operating expenses** | |
|     Dues & Subscriptions | 1,574.74 |
|     Inspection Fees USDA | 256.55 |
|     Insurance | 56,398.88 |
|     Legal & Professional Fees | 4,185.00 |
|     Office Expenses | |
|         In Office Food & Supplies | 7,860.80 |
|         Services | 21,774.87 |
|         Software | 41,161.43 |
|         Office Expenses - Other | 2,092.82 |
|     **Total Office Expenses** | 72,889.92 |
|     Rent or Lease | 141,500.00 |
|     Storage | 20,442.96 |
|     Telephone Expense | |
|         Cell phones | 10,874.57 |
|         Telephone Expense - Other | 3,158.21 |
|     **Total Telephone Expense** | 14,032.78 |
|     Operating expenses - Other | 666.36 |
| **Total Operating expenses** | 311,947.19 |
| **Payroll Expenses** | 1,640,123.87 |
| **Payroll taxes** | 14,054.29 |
| **Promotional Expenses** | 16,466.78 |
| **Shipping** | |
|     LTL | 149,077.15 |
|     Postage Outgoing Purchases | 762.06 |
|     Shipping Supplies | 12,264.99 |
|     UPS Outgoing on Purchases | -19,470.06 |
|     Shipping - Other | 23,193.73 |
| **Total Shipping** | 165,827.87 |

# Willamette Valley Hops, LLC.
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| Travel | 332.69 |
| Utilities | 26,917.27 |
| Workers Comp Insurance | 7,205.42 |
| **Total Expense** | **2,937,434.30** |
| **Net Ordinary Income** | **-1,611,171.81** |
| Other Income/Expense | |
|   Other Income | |
|     Finance Charge | 21,374.52 |
|     Interest Earned | 4.67 |
| **Total Other Income** | **21,379.19** |
|   Other Expense | |
|     Officers Health/Aflac | 4,336.30 |
| **Total Other Expense** | **4,336.30** |
| **Net Other Income** | **17,042.89** |
| **Net Income** | **-1,594,128.92** |